UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-1570 (GBD)(SN)

Ber Barry Aron, individually, as surviving parent of
Joshua Aron

Dana Aron Weiner, individually, as surviving sibling
of Joshua Aron

Barbara Ann Sullivan, individually, as surviving
sibling of James W. Barbella

Dorothy Blanding as Personal Representative of the
Estate of Harry Blanding, Sr., deceased, the late
parent of Harry Blanding, Jr.

Anthony Bocchi, individually, as surviving sibling of
John Bocchi

Elena Bocchi, individually, as surviving parent of
John Bocchi

Matthew Bocchi, individually, as surviving child of
John Bocchi

Michael Bocchi, individually, as surviving child of
John Bocchi

Michele Bocchi-Sandello, individually, as surviving
spouse of John Bocchi

Nicholas Bocchi, individually, as surviving child of
John Bocchi

Paul Bocchi, individually, as surviving child of John
Bocchi

Ann Bocchi-Schwimmer, individually, as surviving
sibling of John Bocchi

Diane Bocchi Esola, individually, as surviving sibling
of John Bocchi

Civil Docket Number:
_____

**IRAN SHORT FORM
COMPLAINT AND DEMAND
FOR TRIAL BY JURY**

Elena Bocchi as Personal Representative of the Estate of Camillo Bocchi, deceased, the late parent of John Bocchi

Lucy Bocchi Kraus, individually, as surviving sibling of John Bocchi

Michele Bocchi-Sandello, as the Personal Representative of the Estate of John Bocchi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Bocchi

Daphne Bowers, individually, as surviving parent of Veronique Bowers

Andrew Broderick, individually, as surviving child of Mark Broderick

Carolina Broderick, individually, as surviving spouse of Mark Broderick

James Broderick, individually, as surviving child of Mark Broderick

Matthew Broderick, individually, as surviving child of Mark Broderick

Carolina Broderick, as the Personal Representative of the Estate of Mark Broderick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark Broderick

Angus Jacques, individually, as surviving parent of Felix Calixte

Christine Brozon, individually, as surviving spouse of Luigi Calvi

Christine Brozon, as the Personal Representative of the Estate of Luigi Calvi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luigi Calvi

James Cherry, individually, as surviving sibling of Vernon Cherry

2

Cynthia Taylor, individually, as surviving sibling of Vernon Cherry

Germaine Alexander, individually, as surviving sibling of Brenda Conway

Tammi Alexander, individually, as surviving sibling of Brenda Conway

Dennis Coughlin, individually, as surviving sibling of Timothy Coughlin

Francis Coughlin, Jr., individually, as surviving sibling of Timothy Coughlin

Robert Coughlin, individually, as surviving sibling of Timothy Coughlin

Maura Coughlin-Roberti, individually, as surviving spouse of Timothy Coughlin

Riley Coughlin-Roberti, individually, as surviving child of Timothy Coughlin

Ryann Coughlin-Roberti, individually, as surviving child of Timothy Coughlin

Sean Coughlin-Roberti, individually, as surviving child of Timothy Coughlin

Francis Coughlin, Jr. as Personal Representative of the Estate of Alice Coughlin, deceased, the late parent of Timothy Coughlin

Robert Coughlin and Francis Coughlin as Co-Personal Representatives of the Estate of Francis Coughlin, Sr., deceased, the late parent of Timothy Coughlin

Francis Coughlin, Jr. and Maura Coughlin-Roberti, as the Co-Personal Representatives of the Estate of Timothy Coughlin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Coughlin

Regina Martin as Personal Representative of the Estate of Francis Cove, deceased, the late sibling of James Cove

3

Regina Martin as Personal Representative of the
Estate of Margaret Cove, deceased, the late parent of
James Cove

Regina Martin, individually, as surviving sibling of
James Cove

Vancena Dawson Donovan, individually, as surviving
sibling of Calvin Dawson

Vanita Aviles, individually, as surviving sibling of
Calvin Dawson

Janita Clyne, individually, as surviving sibling of
Calvin Dawson

Alvin Dawson, individually, as surviving sibling of
Calvin Dawson

Annette Simon, individually, as surviving sibling of
Calvin Dawson

Charles Dawson, individually, as surviving sibling of
Calvin Dawson

Janet Dawson, individually, as surviving sibling of
Calvin Dawson

Lena Dawson, individually, as surviving spouse of
Calvin Dawson

Tatiana Dawson, individually, as surviving child of
Calvin Dawson

Victorine Dawson, individually, as surviving sibling
of Calvin Dawson

Doris Hetherington, individually, as surviving sibling
of Calvin Dawson

Lena Dawson, as the Personal Representative of the
Estate of Calvin Dawson, deceased, and on behalf of
all survivors and all legally entitled beneficiaries and
family members of Calvin Dawson

Daniella De La Pena, individually, as surviving child
of Emerita De la Pena

docs-100312276.2

Gabriel De La Pena, individually, as surviving spouse
of Emerita De La Pena

Gabriel De La Pena, as the Personal Representative of
the Estate of Emerita De La Pena, deceased, and on
behalf of all survivors and all legally entitled
beneficiaries and family members of Emerita De La
Pena

Ronald Sierra, individually, as surviving spouse of
Judith Berquis Diaz-Sierra

Ronald Sierra, as the Personal Representative of the
Estate of Judith Berquis Diaz-Sierra, deceased, and on
behalf of all survivors and all legally entitled
beneficiaries and family members of Judith Berquis
Diaz-Sierra

Marlyse Salome Bosley, individually, as surviving
sibling of Jose Espinal

Saul Espinal Ramos, individually, as surviving sibling
of Jose Espinal

Eileen Esquilin, individually, as surviving sibling of
Ruben Esquilin

Marybelle Vargas, individually, as surviving sibling
of Ruben Esquilin

John Doe 86, being intended to designate the Personal
Representative of the Estate of Wendy Faulkner,
deceased, said name being fictitious, her/his true name
is not presently known, confirmed, and/or has not
been duly appointed by a court of competent
jurisdiction (or having been so appointed, his or her
appointment has expired, and/or he or she has ceased
to serve, and his or her successor has not yet been
appointed) and on behalf of all survivors and all
legally entitled beneficiaries and family members of
Wendy Faulkner

Stephen Morris, individually, as surviving sibling of
Wendy Faulkner

Annette Fields, individually, as surviving sibling of
Samuel Fields, Sr.

Felicia Fields, individually, as surviving sibling of Samuel Fields, Sr.

Michael Fields, individually, as surviving sibling of Samuel Fields, Sr.

Kevin Finnerty, individually, as surviving sibling of Timothy Finnerty

Peter Finnerty, individually, as surviving parent of Timothy Finnerty

Theresa Roberts, individually, as surviving spouse of Timothy Finnerty

Theresa Roberts, as the Personal Representative of the Estate of Timothy Finnerty, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Finnerty

Louise Flickinger as Personal Representative of the Estate of Carl J. Flickinger, deceased, the late parent of Carl M. Flickinger

Alana Flickinger, individually, as surviving child of Carl M. Flickinger

Carl J. Flickinger, individually, as surviving child of Carl M. Flickinger

Craig T. Flickinger, individually, as surviving child of Carl M. Flickinger

Edmund Flickinger, individually, as surviving sibling of Carl M. Flickinger

Kathleen Flickinger, individually, as surviving spouse of Carl M. Flickinger

Louise Flickinger, individually, as surviving parent of Carl M. Flickinger

Robert Flickinger, individually, as surviving sibling of Carl M. Flickinger

Lisa Madden, individually, as surviving sibling of Carl M. Flickinger

docs-100312276.2

Kathleen Flickinger, as the Personal Representative of the Estate of Carl M. Flickinger, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carl M. Flickinger

Sylvia Aleman, individually, as surviving sibling of Claudia Foster

Blanca Martinez, individually, as surviving parent of Claudia Foster

Carlos Martinez, individually, as surviving parent of Claudia Foster

Karen Carlucci, individually, as surviving spouse of Peter Frank

Constance Frank, individually, as surviving parent of Peter Frank

Michelle Frank, individually, as surviving sibling of Peter Frank

Peter Frank, individually, as surviving parent of Peter Frank

John Doe 87, being intended to designate the Personal Representative of the Estate of Peter Frank, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Frank

Edward Gnazzo, individually, as surviving sibling of John Gnazzo

Nicholas Gnazzo, individually, as surviving sibling of John Gnazzo

Song Jeng, individually, as surviving parent of John Gnazzo

docs-100312276.2

Luz America Piedrahita Ayala, individually, as
surviving parent of Wilder Gomez

Jairo Gomez, individually, as surviving sibling of
Wilder Gomez

Omar Gomez, individually, as surviving sibling of
Wilder Gomez

Walter Gomez, individually, as surviving sibling of
Wilder Gomez

Kathleen Griffin, individually, as surviving sibling of
John Griffin

Lucy Aita, individually, as surviving spouse of Paul
Innella

Lucy Aita, as the Personal Representative of the
Estate of Paul Innella, deceased, and on behalf of all
survivors and all legally entitled beneficiaries and
family members of Paul Innella

Plaintiff(s),

-against-

Islamic Republic of Iran,

Defendant.

Plaintiffs named herein by and through the undersigned counsel file this Iran Short Form
Complaint against Defendant, the Islamic Republic of Iran ("Iran"), arising out of the September
11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by
the Court's Order of October 28, 2019, ECF No. 5234. Each Plaintiff incorporates by reference
the specific allegations, as indicated below, of (a) the Federal Insurance and Ashton Plaintiffs'
Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No.
3237, or (b) the Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903
(GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

8

Upon filing this Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at <u>Havlish v. Bin Laden</u>, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; <u>In re Terrorist Attacks on September 11, 2001</u>, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## VENUE

1.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2.      Jurisdiction against the Islamic Republic of Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act), and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

## CAUSES OF ACTION

3.      Each Plaintiff hereby adopts and incorporates by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against the Islamic Republic of Iran, as set forth in the following complaint [**check <u>only one</u> complaint**]:

☐ <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

☒ Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

4.      In addition, each Plaintiff hereby asserts the following additional causes of action:

☒ Iran Short Form Complaint First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

☐ Iran Short Form Complaint First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

## IDENTIFICATION OF NEW PLAINTIFFS

5.     The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Iran Short Form Complaint, herein referred to as "Plaintiffs."

      a.     The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Iran Short Form Complaint.

      b.     Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this Iran Short Form Complaint, and as further asserted within this Iran Short Form Complaint.

      c.     As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

      d.     For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

      e.     For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Iran Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

      f.     The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

11

## IDENTIFICATION OF THE DEFENDANT

6.      The only Defendant named in this Iran Short Form Complaint is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

7.      By filing this Iran Short Form Complaint, Plaintiffs are not waiving any right to file suit against any other potential defendants or parties.

8.      By filing this Iran Short Form Complaint, Plaintiffs are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

9.      Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Iran Short Form Complaint as appropriate.

Dated: November 9, 2020

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
Bruce Strong, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com
bstrong@andersonkill.com

*Attorneys for Plaintiffs*

# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Iran Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 1 | Ber Barry Aron | MD | United States | Joshua Aron | Parent | United States | Solatium |
| 2 | Dana Aron Weiner | IL | United States | Joshua Aron | Sibling | United States | Solatium |
| 3 | Barbara Ann Sullivan | TX | United States | James W. Barbella | Sibling | United States | Solatium |
| 4 | Dorothy Blanding as Personal Representative of the Estate of Harry Blanding, Sr. | NJ | Unied States | Harry Blanding, Jr. | Parent (deceased) | United States | Solatium |
| 5 | Anthony Bocchi | NJ | United States | John Bocchi | Sibling | United States | Solatium |
| 6 | Elena Bocchi | NJ | United States | John Bocchi | Parent | United States | Solatium |
| 7 | Matthew Bocchi | NJ | United States | John Bocchi | Child | United States | Solatium |
| 8 | Michael Bocchi | NJ | United States | John Bocchi | Child | United States | Solatium |
| 9 | Michele Bocchi-Sandello | NJ | United States | John Bocchi | Spouse | United States | Solatium |
| 10 | Nicholas Bocchi | NJ | United States | John Bocchi | Child | United States | Solatium |
| 11 | Paul Bocchi | NJ | United States | John Bocchi | Child | United States | Solatium |
| 12 | Ann Bocchi-Schwimmer | NJ | United States | John Bocchi | Sibling | United States | Solatium |
| 13 | Diane Bocchi Esola | FL | United States | John Bocchi | Sibling | United States | Solatium |
| 14 | Elena Bocchi as Personal Representative of the Estate of Camillo Bocchi | NJ | United States | John Bocchi | Parent (deceased) | United States | Solatium |
| 15 | Lucy Bocchi Kraus | NJ | United States | John Bocchi | Sibling | United States | Solatium |

[1] For those identified as "PR," such claim is made as the Personal Representative of the Decedent's Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

[2] The PRs identified below are bringing solatium claims on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 16 | Michele Bocchi-Sandello | NJ | United States | John Bocchi | PR | United States | Solatium/Wrongful Death |
| 17 | Daphne Bowers | NY | United States | Veronique Bowers | Parent | United States | Solatium |
| 18 | Andrew Broderick | NJ | United States | Mark Broderick | Child | United States | Solatium |
| 19 | Carolina Broderick | NJ | United States | Mark Broderick | Spouse | United States | Solatium |
| 20 | James Broderick | NJ | United States | Mark Broderick | Child | United States | Solatium |
| 21 | Matthew Broderick | NJ | United States | Mark Broderick | Child | United States | Solatium |
| 22 | Carolina Broderick | NJ | United States | Mark Broderick | PR | United States | Solatium/Wrongful Death |
| 23 | Angus Jacques | St. Lucia | United States | Felix Calixte | Parent | United States | Solatium |
| 24 | Christine Brozon | NY | United States | Luigi Calvi | Spouse | Italy | Solatium |
| 25 | Christine Brozon | NY | United States | Luigi Calvi | PR | Italy | Solatium/Wrongful Death |
| 26 | James Cherry | MD | United States | Vernon Cherry | Sibling | United States | Solatium |
| 27 | Cynthia Taylor | GA | United States | Vernon Cherry | Sibling | United States | Solatium |
| 28 | Germaine Alexander | NY | United States | Brenda Conway | Sibling | United States | Solatium |
| 29 | Tammi Alexander | NY | United States | Brenda Conway | Sibling | United States | Solatium |
| 30 | Dennis Coughlin | NY | United States | Timothy Coughlin | Sibling | United States | Solatium |
| 31 | Francis Coughlin, Jr. | NY | United States | Timothy Coughlin | Sibling | United States | Solatium |
| 32 | Robert Coughlin | NY | United States | Timothy Coughlin | Sibling | United States | Solatium |
| 33 | Maura Coughlin-Roberti | NY | United States | Timothy Coughlin | Spouse | United States | Solatium |
| 34 | Riley Coughlin-Roberti | NY | United States | Timothy Coughlin | Child | United States | Solatium |
| 35 | Ryann Coughlin-Roberti | NY | United States | Timothy Coughlin | Child | United States | Solatium |
| 36 | Sean Coughlin-Roberti | NY | United States | Timothy Coughlin | Chld | United States | Solatium |
| 37 | Francis Coughlin, Jr. as Personal Representative of the Estate of Alice Coughlin | NY | United States | Timothy Coughlin | Parent (deceased) | United States | Solatium |
| 38 | Robert Coughlin and Francis Coughlin as Co-Personal Representatives of the Estate of Francis Coughlin, Sr. | NY | United States | Timothy Coughlin | Parent (deceased) | United States | Solatium |

docs-100312276.2

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 39 | Francis Coughlin, Jr. and Maura Couglin-Roberti | NY | United States | Timothy Coughlin | Co-PRs | United States | Solatium/Wrongful Death |
| 40 | Regina Martin as Personal Representative of the Estate of Francis Cove | FL | United States | James Cove | Sibling (deceased) | United States | Solatium |
| 41 | Regina Martin as Personal Representative of the Estate of Margaret Cove | FL | United States | James Cove | Parent (deceased) | United States | Solatium |
| 42 | Regina Martin | FL | United States | James Cove | Sibling | Unites States | Solatium |
| 43 | Vancena Dawson Donovan | USVI | | Calvin Dawson | Sibling | United States | Solatium |
| 44 | Vanita Aviles | PR | United States | Calvin Dawson | Sibling | United States | Solatium |
| 45 | Janita Clyne | British VI | United States | Calvin Dawson | Sibling | United States | Solatium |
| 46 | Alvin Dawson | GA | Britain | Calvin Dawson | Sibling | United States | Solatium |
| 47 | Annette Simon | NY | Non-U.S. | Calvin Dawson | Sibling | United States | Solatium |
| 48 | Charles Dawson | British Virgin Islands | Britain | Calvin Dawson | Sibling | United States | Solatium |
| 49 | Janet Dawson | NY | Non-U.S. | Calvin Dawson | Sibling | United States | Solatium |
| 50 | Lena Dawson | GA | United States | Calvin Dawson | Spouse | United States | Solatium |
| 51 | Tatiana Dawson | GA | United States | Calvin Dawson | Child | United States | Solatium |
| 52 | Victorine Dawson | USVI | United States | Calvin Dawson | Sibling | United States | Solatium |
| 53 | Doris Hetherington | VI | British Virgin Islands | Calvin Dawson | Sibling | United States | Solatium |
| 54 | Lena Dawson | TBD | United States | Calvin Dawson | PR | United States | Solatium/Wrongful Death |
| 55 | Daniella De La Pena | FL | United States | Emerita De la Pena | Child | United States | Solatium |
| 56 | Gabriel De La Pena | FL | United States | Emerita De La Pena | Spouse | United States | Solatium |
| 57 | Gabriel De La Pena | FL | United States | Emerita De La Pena | PR | United States | Solatium/Wrongful Death |
| 58 | Ronald Sierra | NY | United States | Judith Berquis Diaz-Sierra | Spouse | United States | Solatium |
| 59 | Ronald Sierra | NY | United States | Judith Berquis Diaz-Sierra | PR | United States | Solatium/Wrongful Death |
| 60 | Marlyse Salome Bosley | AZ | United States | Jose Espinal | Sibling | United States | Solatium |
| 61 | Saul Espinal Ramos | Canada | Canada | Jose Espinal | Sibling | United States | Solatium |
| 62 | Eileen Esquilin | NJ | United States | Ruben Esquilin | Sibling | United States | Solatium |
| 63 | Marybelle Vargas | NY | United States | Ruben Esquilin | Sibling | United States | Solatium |
| 64 | John Doe 86 | TBD | United States | Wendy Faulkner | PR | United States | Solatium/Wrongful Death |

15

docs-100312276.2

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 65 | Stephen Morris | NY | Australia | Wendy Faulkner | Sibling | United States | Solatium |
| 66 | Annette Fields | NY | United States | Samuel Fields, Sr. | Sibling | United States | Solatium |
| 67 | Felicia Fields | NY | United States | Samuel Fields, Sr. | Sibling | United States | Solatium |
| 68 | Michael Fields | NY | United States | Samuel Fields, Sr. | Sibling | United States | Solatium |
| 69 | Kevin Finnerty | MN | United States | Timothy Finnerty | Sibling | United States | Solatium |
| 70 | Peter Finnerty | NJ | United States | Timothy Finnerty | Parent | United States | Solatium |
| 71 | Theresa Roberts | NJ | United States | Timothy Finnerty | Spouse | United States | Solatium |
| 72 | Theresa Roberts | NJ | United States | Timothy Finnerty | PR | United States | Solatium/Wrongful Death |
| 73 | Louise Flickinger as Personal Representative of the Estate of Carl J. Flickinger | NY | United States | Carl M. Flickinger | Parent (deceased) | United States | Solatium |
| 74 | Alana Flickinger | NY | United States | Carl M. Flickinger | Child | United States | Solatium |
| 75 | Carl J. Flickinger | NY | United States | Carl M. Flickinger | Child | United States | Solatium |
| 76 | Craig T. Flickinger | NY | United States | Carl M. Flickinger | Child | United States | Solatium |
| 77 | Edmund Flickinger | NY | United States | Carl M. Flickinger | Sibling | United States | Solatium |
| 78 | Kathleen Flickinger | NY | United States | Carl M. Flickinger | Spouse | United States | Solatium |
| 79 | Louise Flickinger | NY | United States | Carl M. Flickinger | Parent | United States | Solatium |
| 80 | Robert Flickinger | PA | United States | Carl M. Flickinger | Sibling | United States | Solatium |
| 81 | Lisa Madden | NJ | United States | Carl M. Flickinger | Sibling | United States | Solatium |
| 82 | Kathleen Flickinger | NY | United States | Carl M. Flickinger | PR | United States | Solatium/Wrongful Death |
| 83 | Sylvia Aleman | NY | United States | Claudia  Foster | Sibling | United States | Solatium |
| 84 | Blanca Martinez | NY | Honduras | Claudia  Foster | Parent | United States | Solatium |
| 85 | Carlos Martinez | NY | Guatemala | Claudia  Foster | Parent | United States | Solatium |
| 86 | Karen Carlucci | NY | United States | Peter Frank | Spouse | United States | Solatium |
| 87 | Constance Frank | NY | United States | Peter Frank | Parent | United States | Solatium |
| 88 | Michelle Frank | RI | United States | Peter Frank | Sibling | United States | Solatium |
| 89 | Peter Frank | NY | United States | Peter Frank | Parent | United States | Solatium |
| 90 | John Doe 87 | TBD | TBD | Peter Frank | PR | United States | Solatium/Wrongful Death |
| 91 | Edward Gnazzo | NY | United States | John Gnazzo | Sibling | United States | Solatium |
| 92 | Nicholas Gnazzo | NY | United States | John Gnazzo | Sibling | United States | Solatium |

16

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 93 | Song Jeng | NY | United States | John Gnazzo | Parent | United States | Solatium |
| 94 | Luz America Piedrahita Ayala | NY | Colombia | Wilder Gomez | Parent | Colombia | Solatium |
| 95 | Jairo Gomez | NY | Colombia | Wilder Gomez | Sibling | Colombia | Solatium |
| 96 | Omar Gomez | NY | Colombia | Wilder Gomez | Sibling | Colombia | Solatium |
| 97 | Walter Gomez | NY | Colombia | Wilder Gomez | Sibling | Colombia | Solatium |
| 98 | Kathleen Griffin | NJ | United States | John Griffin | Sibling | United States | Solatium |
| 99 | Lucy Aita | NJ | United States | Paul Innella | Spouse | United States | Solatium |
| 100 | Lucy Aita | NJ | United States | Paul Innella | PR | United States | Solatium/Wrongful Death |